**Order filed, December 30, 2019.**



In The

# Fourteenth Court of Appeals

———————————

## NO. 14-19-00758-CV

———————————

**EDMUND BURTON, Appellant**

**V.**

**JOSE GUEVARA AND ANGELICA GUEVARA, Appellee**

---

**On Appeal from the 133rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-88333**

---

### ORDER

The reporter's record in this case was originally due October 23, 2019. *See* Tex. R. App. P. 35.1. On December 3, 2019, this court granted the court reporters request for extension of time to file the record until December 23, 2019. To date, the record has not been filed with the court. Because the reporter's record was not filed within the time prescribed in the first request, the court issues the following order:

We order Darlene Stein, the court reporter, to file the record in this appeal **within 15 days of the date of this order**. **No further extension will be entertained absent exceptional circumstances**. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If Darlene Stein does not timely file the record as ordered, the Court may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM

Panel Consists of Justices Wise, Jewell and Poissant.